IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| LUIS RIBAS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-20534-JAL-JOL |
| | ) | |
| v. | ) | Judge Lenard |
| | ) | Magistrate Judge O'Sullivan |
| COAST PROFESSIONALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, LUIS RIBAS, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties shall file a stipulation of dismissal with prejudice forthwith.

        Respectfully submitted,
        **LUIS RIBAS**


    By:    s/ Thomas Gibbons
        Attorney for Plaintiff

Dated: August 9, 2013

Thomas Gibbons  (490334)
Thomas Gibbons, Attorney at Law
7262 NW 58th Way.
Parkland, FL 33067
Direct Dial:	(954) 798-2516
Facsimile:	(888) 418-1277
E-Mail:	thomasjgibbons@gmail.com

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | | |
|---|---|---|
| **LUIS RIBAS,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-20534-JAL-JOL |
| | ) | |
| v. | ) | **Judge Lenard** |
| | ) | **Magistrate Judge O'Sullivan** |
| **COAST PROFESSIONALS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**To:** Dale T. Golden
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609

  I, Thomas Gibbons, an attorney, certify that on **August 9, 2013**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | ____ | Email |
| ____ | Federal Express/UPS | __X__ | ECF |

              By: __s/ Thomas Gibbons__
                 Attorney for Plaintiff

Dated: August 9, 2013

Thomas Gibbons  (490334)
Thomas Gibbons, Attorney at Law
7262 NW 58th Way.
Parkland, FL 33067
Direct Dial:   (954) 798-2516
Facsimile:    (888) 418-1277
E-Mail:        thomasjgibbons@gmail.com

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:     dmarco@smithmarco.com
***Admitted Pro Hac Vice***